**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Margaret A. Zimmerman                              CHAPTER 13
             Debtor(s)

                                                                              BKY. NO. 25-10201 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                                                Respectfully submitted,

                                                                /s/ *Denise Carlon*
                                                                Denise Carlon
                                                                21 Jan 2025, 17:04:27, EST

                                                                KML Law Group, P.C.
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106-1532
                                                                (215) 627-1322