UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :        CHAPTER 13

      Margaret A. Zimmerman,

              Debtor        :        CASE NO 25-10201-PMM


### **WITHDRAWAL OF APPEARANCE**


TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:


     Kindly WITHDRAW my appearance on behalf of Debtor, Margaret A. Zimmerman, and do not send me any notices and emails relating to this matter.


Respectfully submitted,


BY:____/s/ Robert Kim_____
           Robert Kim, Esquire
           Attorney I.D. #323856


### **ENTRY OF APPEARANCE**


TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:


     Kindly enter my appearance on behalf of Debtor, Margaret A. Zimmerman, and send me all notices and emails relating to this matter.


Respectfully submitted,


BY:     /s/ Christina Cozzetto_____
          Christina Cozzetto, Esquire
          Attorney for Debtor
          Attorney I.D. # 319962
          LEGAL AID OF SOUTHEASTERN PENNSYLVANIA
          419 Avenue of the States, Suite 605
          Chester, PA  19013
          (610) 672-4258; Fax (610)874-4093
          ccozzetto@lasp.org